## ORDER

PER CURIAM.

Earl D. Miller (Movant) appeals from the judgment of the Circuit Court of Washington County denying his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. Movant claims that the motion court clearly erred in denying his claim that his plea counsel rendered ineffective assistance by failing to obtain a change of venue.

We have reviewed the briefs of the parties and the record on appeal and find the motion court's decision was not clearly erroneous. An extended opinion would have no precedential value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).

Chris Koster, Atty. Gen., Robert J. Bartholomew, Jefferson City, MO, for respondent.

Before CLIFFORD H. AHRENS, P.J., ROY L. RICHTER, J., and GARY M. GAERTNER, JR., J.

## ORDER

PER CURIAM.

Patrick Johnson (Movant) appeals from the judgment of the circuit court denying, without a hearing, his Rule 24.035 motion for post-conviction relief.

We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The order of the trial court is affirmed in accordance with Rule 84.16(b).

Patrick Bernard **JOHNSON**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. ED 97107.

Missouri Court of Appeals,
Eastern District,
Division One.

April 24, 2012.

Lisa M. Stroup, St. Louis, MO, for appellant.

James **RANDELL**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. ED 97124.

Missouri Court of Appeals,
Eastern District,
Division One.

April 24, 2012.